IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DIMITAR PETLECHKOV, | * |
| Petitioner, | * |
| v. | Case No.  7:21-CV-06(MSH) |
| | * |
| THOMAS GILES, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of August, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk